CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2010

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KAMAL MUWWAKKIL, | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00318 |
| v. | )<br>) **FINAL ORDER** |
| GENE M. JOHNSON, ET AL., | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. The defendants' motion for summary judgment (DE 30) and motion to dismiss (DE 33) are **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983;

2. Any state law claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and

3. This action is stricken from the active docket of the court.

ENTER: This 13th day of September, 2010.

_____
Chief United States District Judge